# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Christopher A. Tulp<br><br>Administrative Docket No.: 7:20-cv-73028 | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Christopher A. Tulp, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of Minnesota, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: October 11, 2021

Respectfully submitted,

*/s/Melanie H. Muhlstock*
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
516-466-6500 | 516-466-6665

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this <u>11th</u> day of <u>October</u>, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

<u>/s/Melanie H. Muhlstock</u>
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
516-466-6500 | 516-466-6665
